THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBERT DEMOS, JR.,

               Plaintiff,

    v.

THE BLACKSTONE GROUP,

               Defendant.

CASE NO. C26-0255-JCC

ORDER

This matter comes before the Court on Plaintiff's objections (Dkt. Nos. 3, 4) to the Report and Recommendation ("R&R") of the Hon. Grady J. Leupold, United States Magistrate Judge (Dkt. No. 2). The R&R recommends that Plaintiff's complaint be dismissed without prejudice because it is noncompliant with the current bar order and, further, does not satisfy 28 U.S.C. § 1915(g). (*See generally id.*). Plaintiff's objections (Dkt. Nos. 3,4) are not responsive to the analysis or conclusions contained within the R&R and, therefore, do not trigger this Court's review of the R&R.[1]

---

[1] A district court only reviews those portions of an R&R to which a party properly objects. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). Objections are required to enable the court to "focus attention on those issues—factual and legal—that are at the heart of the parties' dispute." *Thomas v. Arn*, 474 U.S. 140, 147 (1985). The court is not required to review "any issue that is not the subject of an objection." *Id.* at 149. Said another way, for an objection to be proper, it must point to specific error contained within the R&R. *See, e.g.*, *United States v. Diaz-Lemus*,

ORDER
C26-0255-JCC
PAGE - 1

Accordingly, the Court hereby ORDERS as follows:

1.  The Court ADOPTS the Report R&R.

2.  Plaintiff's complaint (Dkt. No. 1) is DISMISSED without prejudice .

3.  Plaintiff's request to proceed *in forma pauperis* (Dkt. No. 1 at 44–52) is DENIED.

DATED this 6th day of February 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

2010 WL 2573748, slip op. at 1 (D. Ariz. 2010); *Djelassi v. ICE Field Office Director*, 434 F. Supp. 3d 917, 919 (W.D. Wash. 2020).

ORDER
C26-0255-JCC
PAGE - 2